MEMO ENDORSED

LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

October 18, 2023

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      *Dominguez v. Walsh, et al.,*
      22-cv-6443 (KMK)

Dear Judge Karas:

  I am the recently retained counsel for the Plaintiff in the above-referenced action, and I am writing with the consent of opposing counsel to request a two-week adjournment from October 23, 2023 to November 6, 2023 of the time by which the Plaintiff must file an amended complaint, in accordance with the Court's September 22, 2023 Order (ECF Doc. # 27.) This is the first such request for this relief, and the reason for the request is that I was recently retained by Plaintiff for this case and need the additional two weeks in which to continue to review the file and prepare the required pleading. As noted, opposing counsel consents to this request.

Granted.

So Ordered.

*/s/ KMK*

10/18/23

Respectfully submitted,

*/s/ Nathaniel B. Smith*

Nathaniel B. Smith

Via ECF