UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Dominguez,

         Plaintiffs,

   -against-

Walsh et al.,

         Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:22-cv-6443 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

  A Conference (via telephone) is hereby scheduled for **12/12/2024 at 2:30 pm.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following**: The Discovery dispute presented at DE #'s 68 and 71.**

  **SO ORDERED.**

DATED:  White Plains, New York
      December 3, 2024

             _____
             VICTORIA REZNIK
             United States Magistrate Judge