**∎HARRIS BEACH MURTHA**
▮ ATTORNEYS AT LAW

November 12, 2025

445 HAMILTON AVENUE, SUITE 1206
WHITE PLAINS, NEW YORK 10601
914.683.1200

**DARIUS P. CHAFIZADEH**
MEMBER
DIRECT:  914.683.1212
FAX:        914.683.1210
DCHAFIZADEH@HARRISBEACHMURTHA.COM

**Via ECF**

Hon. Kenneth M. Karas, U.S. District Judge, SDNY
300 Quarropas Street, Room 533
White Plains, New York 10601

> Re:    ***Dominguez v. Walsh* - Case No. 7:22-cv-06443-KMK**

Dear Judge Karas:

This firm represents Defendants Thomas E. Walsh, II, Deirdre Smith, Conor Fitzgerald and Rockland County (collectively, "Defendants") in this action. In anticipation of filing Defendants' motion for partial summary judgment this Friday, November 14, 2025, we respectfully write to request that the Court issue an order permitting the parties to file certain exhibits in support of and in opposition to Defendants' motion in redacted form, and to provide copies of those exhibits to the Court (and each other) in unredacted form.

On or about May 29, 2024, the parties entered into a confidentiality stipulation and order due to the fact, among other things, discovery in this action included the exchange of documents related to (1) the Rockland County District Attorney's Office's investigation and prosecution of Plaintiff for alleged violations of the Election Law, which would have otherwise been sealed pursuant to Criminal Procedure Law § 160.50, and (2) a sealed grand jury presentment and indictment ("Confidentiality Order"). *See* ECF Doc. No. 56. Pursuant to the terms of the Confidentiality Order, those documents were designated and produced as "Confidential Information." *Id.*, at ¶¶ 1-2.

The parties have now agreed that documents that were previously sealed pursuant to CPL § 160.50 can be publicly filed, since Plaintiff, by commencing this action, has effectively waived the protections afforded her by that statute. *See Franks v. City of New Rochelle*, 2024 WL 1636456, at *3 (S.D.N.Y. Apr. 16, 2024). However, although this Court previously issued an order unsealing the grand jury records and permitting the parties to exchange documents related to grand jury proceedings, the production of those documents was made subject to the terms of the Confidentiality Order. *See* ECF Doc. No. 59 (Unsealing Order).

Thus, pursuant to Paragraphs 5 and 6 of the Confidentiality Order, we respectfully request that the Court issue an order (a) permitting the parties to e-file in redacted form documents related to the grand jury proceedings, including (1) grand jury subpoenas, (2) transcripts of grand jury proceedings, and (3) exhibits marked at those proceedings, as well as (4) any deposition testimony related to the grand jury proceedings, and (b) directing that the parties provide each other and the Court with hard copies and/or PDF copies of those exhibits in unredacted form.    See Confidentiality Order (ECF Doc. No. 56), at ¶¶ 5-6.

November 12, 2025
Page 2

Thank you for the Court's time and consideration of this request.

Granted.

So Ordered.

11/12/25

Respectfully Submitted,

/s/ *Darius P. Chafizadeh*

Darius P. Chafizadeh

cc: All counsel (via ECF)