UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY DOMINGUEZ,

*Plaintiff*,

v.

THOMAS E. WALSH, II, et al.,

*Defendants*.

No. 22-CV-6443 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The Parties have submitted certain electronic exhibits in support of briefing on the pending Motion for Summary Judgment in this Action. (*See, e.g.*, Dkt. No. 95-26; Dkt. No. 103-2.) However, the electronic storage devices submitted by the Parties—and specifically the flash drive submitted by Defendants—does not appear to contain the video recordings cited in the Parties' filings. Accordingly, the Parties are directed to resubmit copies of any video exhibits cited in their briefing on the Motion for Summary Judgment to the Court by no later than August 31, 2026.

SO ORDERED.

DATED: August 17, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE